**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

ARTHUR L. STEVENSON                                                                         PETITIONER

vs.                                                          CIVIL ACTION NO. 3:14-CV-943-HTW-LRA

RON KING                                                                                          DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson [docket no. 10]. Plaintiff has filed no objection. Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The plaintiff's petition for a writ of habeas corpus is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 11th day of August, 2015.**

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE